# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ENERGY GUARD MIDWEST, LLC ) | Case No. 18-11070 |
| ) | Chapter 11 |
| Debtor ) | |
| _____) | |

## DEBTOR'S OBJECTION TO CLAIM NO. 33
## FILED BY JEREMY CANNEFAX

COMES NOW the Debtor, by and through its attorney Mark J. Lazzo, and pursuant to B.R. 3007, objects to Claim No. 33 filed by Jeremy Cannefax herein on October 3, 2018 ("Claim No. 33"). In support, Debtor states:

1. Debtor does not owe money to Jeremy Cannefax.

2. Claim No. 33 should be disallowed in its entirety.

WHEREUPON the Debtor requests relief as set forth herein.

Respectfully submitted,

/s/Mark J. Lazzo
Mark J. Lazzo, #12790
Mark J. Lazzo, P.A.
3500 N. Rock Road
Bldg. 300, Suite B
Wichita KS 67226
(316) 263-6895
mark@lazzolaw.com
Attorney for Debtor Energy Guard Midwest, LLC

1

## NOTICE OF RESPONSE

YOU ARE HEREBY notified that if no response to the above stated objection is filed in writing with the Clerk of the U.S. Bankruptcy Court by December 27, 2018, said objection will be sustained without hearing or further notice to the creditor.

If a written response is timely filed with the Clerk of the Bankruptcy Court, 401 North Market, Room 167, Wichita, Kansas, 67202, a hearing will be scheduled on February 6, 2019 at 10:00 a.m.

Hearing will not be held on this motion unless an objection and/or response is timely filed with the Clerk.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of December, 2018, the above and foregoing *Objection* was uploaded to the CM/ECF system which will send a notice of electronic filing to those requesting notice pursuant to Bankruptcy Rule 2002, and was sent via first class mail, postage prepaid, to the following:

Jeremy Cannefax
1624 N. Parkridge Ct.
Wichita, KS 67212

                              /s/Mark J. Lazzo
                              Mark J. Lazzo