IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

FILED AT WICHITA, KS
DEC 26 2018

IN RE: )

ENERGY GUARD MIDWEST, LLC ) Case No. 18-11070

   Debtor ) Chapter 11

_____ )

## Objection

COMES NOW the claimant, through self representation, objecting to the [Objection of Claim] filed by the debtor and responding as required. I assert:

1. Claim No. 33 is a valid claim and the debtor (Energy Guard Midwest, LLC) does have outstanding financial responsibility to Jeremy Cannefax.

2. Thus, hereby requesting that a hearing be scheduled and held on this matter.

WHEREUPON, I Jeremy Cannefax continue to assert the debt owed by the debtor and request relief.

Respectfully Submitted,

12/26/18

Jeremy Cannefax
1624 N Parkridge Ct.
Wichita KS 67212

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of December 2018, the above response/objection was filed with the court. A copy of this filing was also mailed on this date to Mark J Lazzo, attorney for debtor at the address listed below.:

Mark J Lazzo
Attorney for Debtor Energy Guard Midwest, LLC
3500 Rock Road
Bldg. 300, Suite B
Wichita KS 67226

_____  12-26-18
Jeremy Cannefax