**SO ORDERED.**

**SIGNED this 7th day of February, 2019.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ENERGY GUARD MIDWEST, LLC ) | Case No. 18-11070 |
| ) | Chapter 11 |
| Debtor ) | |
| _____) | |

### ORDER GRANTING DEBTOR'S OBJECTION TO CLAIM
### NO. 33 FILED BY JEREMY CANNEFAX

NOW this matter comes before the Court on the Debtor's Objection to Claim No. 33 filed by Jeremy Cannefax ("Cannefax"). The Debtor appears by and through its attorney, Mark J. Lazzo. There are no other appearances.

WHEREUPON the Court finds:

1. On or about December 5, 2018, the Debtor filed its Objection to Claim No. 33 filed by Cannefax (the "Objection").

In the United States Bankruptcy Court for the District of Kansas
In re: Energy Guard Midwest, LLC
Bankruptcy Case No. 18-11070
Order Granting Debtor's Objection to Claim
Page 2 of 2

2.	The Objection included a section captioned "Notice of Response" which section provided that Responses to the Objection must be filed by December 27, 2018 and, if a Response was filed, a hearing would be held on the Objection on February 6, 2019 at 10:00 a.m.

3.	Cannefax filed a Response to the Objection.

4.	Cannefax failed to appear at the February 6 hearing on the Objection.

WHEREUPON, Debtor's Objection to Claim No. 33 is sustained. The claim is disallowed in its entirety.

**IT IS SO ORDERED.**

###

APPROVED:

*/s/Mark J. Lazzo*
Mark J. Lazzo, #12790
Mark J. Lazzo, P.A.
Landmark Office Park
3500 N. Rock Rd
Building 300, Ste B
Wichita KS 67226
(316) 263-6895
mark@lazzolaw.com
Attorney for Debtor